# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| FRANCIS E. ENGLISH, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br> CHRISTOPHER PARKER, <br> BNSF Terminal Manager, <br> CHRISTOPHER GROELING, <br> Terminal Trainmaster, <br><br> Defendants. | No. CV-18-77-GF-BMM <br><br><br> **ORDER** |

Plaintiff has moved to remand this case to state court on the ground that diversity of citizenship is absent. Defendants oppose the motion on the ground that none of them are non-diverse. Plaintiff requests an opportunity to conduct limited discovery regarding defendant Parker's domicile.

**IT IS HEREBY ORDERED** that Plaintiff shall have the opportunity to conduct a telephonic deposition of Defendant Parker to determine whether his domicile has changed. The parties are requested to complete the deposition on or before October 1, 2018.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a short brief and a copy of the deposition setting forth his position within fourteen days of the Parker

1

deposition. If necessary, the defendants shall then respond within the time limits provided by the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED this 10th day of July, 2018.

Brian Morris
United States District Court Judge