# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| FRANCIS E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | **CV-18-77-GF-BMM** <br><br> **AMENDED PROTECTIVE ORDER** |

The parties filed a Stipulation on April 1, 2020. (Doc. 90.) The Court **HEREBY ENTERS** a protective order limiting disclosures of BNSF employees and former employees to the terms of the parties' stipulation as set forth in Doc. 90 at 2-3.

DATED this 1st day of April, 2020.

_____
Brian Morris, Chief District Judge
United State District Court