**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| FRANCIS E. ENGLISH,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No. CV-18-77-GF-BMM<br><br>**ORDER** |

Plaintiff has moved to alter the attendance requirements for the trial due to the Covid-19 pandemic. Co-counsel Scott Peterson, legal assistant Elayne Simmons and the plaintiff will attend the trial live. Due to the Covid-19 risks, however, plaintiff's counsel Erik Thueson is given the option to attend by video conference means.

DATED this 8th day of September, 2020.

Brian Morris, Chief District Judge
United States District Court