# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| FRANCIS E. ENGLISH,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No. CV-18-77-GF-BMM<br><br>**ORDER TO CONDUCT MOTION'S HEARING VIA VIDEO CONFERENCE** |

Plaintiff has moved this Court to have the upcoming motions' hearing (scheduled for October 13 at 1:30 pm) conducted via videoconference because of COVID-related concerns. IT IS ORDERED that the October 13, 2020 motion hearing will be conducted by ZOOM. The Court will provide the parties with the Zoom link.

DATED this <u>13th</u> day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1