UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FRANCIS E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No. CV-18-77 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS HEREBY ORDERED, under Federal Rule of Civil Procedure 58, that the Clerk of Court enter judgment by separate document in favor of the Plaintiffs as follows:

    The Plaintiff, Frank English, recover from the Defendant, Burlington Northern Santa Fe Railway Company, the following costs and post judgment interest as provided by law:

    Loss of earning capacity (past):    $ 22,532

    Loss of earning capacity (future):
        (116,529 – 45,000) * 7 years = $ 500,703

    Mental anguish, distress, reputation loss:    $ 0

| | |
|---|---|
| Punitive damages: | $ 0 |
| SUBTOTAL: | $ 523,235 |

Reduction by 48% for comparative fault: ($ 251,152.80)

**TOTAL:**  **$ 272,082.20**

Dated this 9th day of March, 2021.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk