IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FRANCIS E. ENGLISH, | ) Case No. CV-18-77-GF-BMM |
| Plaintiff, | ) |
| vs. | ) ORDER |
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) |
| Defendant. | ) |

Before the Court is BNSF's Unopposed Motion to Approve Sufficiency of Bond Amount and For Stay of Proceedings to Enforce Judgment. Pursuant to Federal Rule of Civil Procedures 62(b), BNSF seeks approval of a supersedeas bond in the amount of $299,291.00 and a stay of the enforcement of judgment in this case through appeal to the Ninth Circuit. Because the Parties are in agreement as to the sufficiency of the bond amount,

IT IS HEREBY ORDERED that BNSF's Motion is GRANTED. A Supersedeas Bond in the of $299,291.00 is APPROVED and the proceedings to

1

enforce judgment are STAYED pending resolution of the appeal to the Ninth Circuit.

DATED this 27th day of April, 2021.

_____
Brian Morris, Chief District Judge
United State District Court